IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVE JENKINS                                                                                           PLAINTIFF

v.                                              Case No. 4:23-cv-04059

RBIS, LLC                                                                                               DEFENDANT

## ORDER

Before the Court is a Motion to Withdraw submitted by Christopher Burks, attorney for Plaintiff.  ECF No. 16.  Counsel states that he and "Plaintiff have reached an impasse in their communication and it is not in the client's best interest for the representation to continue."  *Id.*  Counsel has provided the Court with Plaintiff's addresses for future communication.  *Id.*

Upon review, the Court finds that good cause for the instant motion has been shown.  Accordingly, Christopher Burks' Motion to Withdraw (ECF No. 16) is hereby **GRANTED**.  Christopher Burks is hereby relieved as counsel of record for Plaintiff.  The Clerk of Court is **directed** to remove Mr. Burks from the CM/ECF notification system for this case.  Withdrawing counsel shall send or provide Plaintiff a copy of the case file within seven (7) days of the entry of this Order.

In addition, the Court observes that this withdrawal leaves Plaintiff without counsel of record in this action.  In light of the foregoing, the Court hereby **STAYS** any current deadlines for sixty (60) days, measured from the entry of this Order.  Plaintiff shall have thirty (30) days from the entry of this Order to obtain new counsel or otherwise indicate his desire to proceed *pro se*.  If Plaintiff fails to obtain new counsel or otherwise indicate his desire to proceed *pro se* within this period, the Court will assume that he intends to proceed *pro se* in this matter.  The

Clerk of Court is **DIRECTED** to send Plaintiff a copy of this Order, as well as the Manual for *Pro Se* Litigants, to the following addresses:

> Steve Jenkins
> 6803 Chaparrel
> Texarkana, Texas 75503
> (903) 701-5303
> evensteven@email.com

**IT IS SO ORDERED**, this 6th day of May, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge