IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVE JENKINS                                                                                         PLAINTIFF

v.                                         Case No. 4:23-cv-04059

RBIS, LLC                                                                                              DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Withdraw Jerry D. Garner as counsel of record. ECF No. 30. No response is necessary.

Defendant states, through counsel, that "Mr. Garner is leaving employment with Barber Law Firm and will no longer be involved in this case." *Id.* Defendant will continue to be represented by James D. Robertson.

The Court finds good cause for the motion (ECF No. 30), which is hereby **GRANTED**. Jerry D. Garner is hereby relieved as counsel of record for Defendant, who will continue to be represented by James D. Robertson. The Clerk of Court is **DIRECTED** to remove Jerry D. Garner as attorney of record for Defendant and remove him from the list of attorneys who receive notice in this case.

**IT IS SO ORDERED**, this 23rd day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge