IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STEVE JENKINS                                                                                           PLAINTIFF

v.                                              Case No. 4:23-cv-4059

RBIS, LLC                                                                                               DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36.

Plaintiff brings claims against Defendant under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq*. ("AMWA"). ECF No. 2. Defendant subsequently moved for summary judgment. ECF No. 19. Judge Ford recommends that Defendant's Motion for Summary Judgment be granted in part and denied in part. Specifically, Judge Ford recommends that:

1. Defendant's request for summary judgment based upon the application of the executive exemption affirmative defense to Plaintiff's claims be denied.

2. Defendant's request for summary judgment based upon the application of a two-year statute of limitations under the FLSA be denied.

3. Defendant's request for summary judgment seeking preclusion of any liquidated damages be denied.

4. Defendant's request for summary judgment seeking that Plaintiff's hourly rate of pay be calculated using the fluctuating workweek method be granted.

ECF No. 36, p. 20-21. Plaintiff objected, arguing that the record should not permit his pay rate to be calculated using the fluctuating workweek method. ECF No. 37. Defendant responded,

contending that the fluctuating workweek method is appropriately applicable in this matter. ECF No. 38.

Upon de novo review, the Court hereby adopts Judge Ford's R&R (ECF No. 36) in toto. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 19) is hereby **GRANTED IN PART** and **DENIED IN PART**. Defendant's request that the fluctuating workweek method be applied to any calculation of pay rate is granted. All of Defendant's other requests for relief are denied.

**IT IS SO ORDERED**, this 19th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge